**CATHERINE A. HIGHET**, OSB #071306
cathy@portlandlawcollective.com
Portland Law Collective LLP
1130 SW Morrison Street, Suite 407
Portland, OR 97205
Tel: 503-228-1889
Fax: 503-223-4518

**D. MICHAEL DALE**, OSB #771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113
Tel: (503) 357-8290
Fax: (503) 946-3089

   Attorneys for the Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JUAN CARDENAS-LOPEZ | Civil No. 11–cv–01561–AC |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| MING FA SUPPLIES, INC. d/b/a QUALITY HOME BUILDING SUPPLIES and ALICE LIM | |
| Defendants. | |

   Based on the request of Plaintiff, and on Plaintiff's certification that Defendants have no

objection to Plaintiff's Motion,

///

///

///

1   ORDER OF DISMISSAL

IT IS HEREBY ORDERED that Plaintiff's Complaint, and all claims contained therein, are dismissed with prejudice and without costs.

Dated this 20th day of April, 2012

_____
U.S. ~~District~~ Judge
Magistrate

Submitted by Plaintiff.

DATED this 25th day of April, 2012.

        Respectfully submitted,

        PORTLAND LAW COLLECTIVE, LLP

        /s/ Catherine A. Highet
        **CATHERINE A. HIGHET**, OSB #071306
        cathy@portlandlawcollective.com
        Portland Law Collective, LLP
        1130 SW Morrison St., Suite 407
        Portland, OR 97205
        Tel: (503) 228-1889
        Fax: 503-223-4518

        Of Attorneys for Plaintiff